## Joseph F. Peacock, Appellee, v. Lucille A. Searles et al. Appeal of Lucille A. Searles, Appellant.

### Gen. No. 42,127.

382

Heard in third division, first district, this court; opinion filed April 8, 1942. Nat M. Kahn, for appellant; Nathaniel H. Willis, for appellee. Opinion by JUSTICE KILEY. "Not to be published in full."